UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:

_____

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | 1:24-cv-00014 |
| KOEHLER OBERKIRCH GMBH, f/k/a | : | Judge Gary S. Katzmann |
| PAPIERFABRIK AUGUST KOEHLER SE, | : | |
| f/k/a PAPIERFABRIK AUGUST | : | |
| KOEHLER AG; and KOEHLER PAPER | : | |
| SE, | : | |
| | : | |
| Defendants. | : | |

_____ :

## ORDER

Upon consideration of Plaintiff's Motion for Alternative Service [ECF No. 7]; it is hereby

ORDERED that the Motion is **DENIED**.


**SO ORDERED.**


_____

JUDGE


Dated: _____