**UNITED STATES COURT OF INTERNATIONAL TRADE**

United States

           Plaintiff

Case No.: 1:24-cv-00014-N/A

vs.

Koehler Oberkirch GMBH f/k/a Papierfabrik August Koehler SE f/k/a Papierfabrik August Koehler AG, et al.

           Defendant(s)

## AFFIDAVIT OF SERVICE

I, Michael Weaver, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Summons and Amended Complaint with Exhibit A in the above entitled case.

That on 08/22/2024 at 11:07 AM, I personally served John F. Wood, Esquire at Holland & Knight LLP, 800 17th Street, NW, Suite 1100, Washington, DC 20006 with the Summons and Amended Complaint with Exhibit A.

John F. Wood, Esquire is described herein as:

Gender: Male   Race/Skin: White   Age: 57   Weight: 195   Height: 6'1"   Hair: Black   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

8/26/24
Executed On



Michael Weaver

Client Ref Number: N/A
Job #: 2008738

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050